EXHIBIT A

| Form 5500<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br>This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code).<br>▶ **Complete all entries in accordance with the instructions to the Form 5500.** | OMB Nos. 1210-0110<br>1210-0089<br>**2020**<br>**This Form is Open to Public Inspection** |
|---|---|---|

## Part I Annual Report Identification Information

For calendar plan year 2020 or fiscal plan year beginning 01/01/2020 and ending 12/31/2020

**A** This return/report is for:
- [ ] a multiemployer plan
- [ ] a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)
- [X] a single-employer plan
- [ ] a DFE (specify) ____

**B** This return/report is:
- [ ] the first return/report
- [ ] the final return/report
- [ ] an amended return/report
- [ ] a short plan year return/report (less than 12 months)

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]

**D** Check box if filing under:
- [X] Form 5558
- [ ] automatic extension
- [ ] the DFVC program
- [ ] special extension (enter description)

## Part II Basic Plan Information—enter all requested information

**1a** Name of plan
AUTO-OWNERS INSURANCE COMPANY RETIREMENT SAVINGS PLAN

**1b** Three-digit plan number (PN) ▶ 004

**1c** Effective date of plan 01/01/2008

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)

AUTO-OWNERS INSURANCE COMPANY

HUMAN RESOURCES DEPARTMENT

P.O. BOX 30660
LANSING, MI 48909

6101 ANACAPRI BLVD
LANSING, MI 48917

**2b** Employer Identification Number (EIN) 38-0315280

**2c** Plan Sponsor's telephone number 517-703-2449

**2d** Business code (see instructions) 524150

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| | | | |
|---|---|---|---|
| SIGN HERE | Filed with authorized/valid electronic signature. | 07/29/2021 | ROBERT ZAMBIASI |
| | **Signature of plan administrator** | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | **Signature of employer/plan sponsor** | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | **Signature of DFE** | Date | Enter name of individual signing as DFE |

| | | |
|---|---|---|
| **SCHEDULE H (Form 5500)**<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | **Financial Information**<br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA), and section 6058(a) of the Internal Revenue Code (the Code).<br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br>**2020**<br>**This Form is Open to Public Inspection** |

For calendar plan year 2020 or fiscal plan year beginning 01/01/2020 and ending 12/31/2020

| | |
|---|---|
| **A** Name of plan<br>AUTO-OWNERS INSURANCE COMPANY RETIREMENT SAVINGS PLAN | **B** Three-digit plan number (PN) ▶ 004 |
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>AUTO-OWNERS INSURANCE COMPANY | **D** Employer Identification Number (EIN)<br>38-0315280 |

## Part I Asset and Liability Statement

**1** Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.** MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs, and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| Assets | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|
| **a** Total noninterest-bearing cash | **1a** | | |
| **b** Receivables (less allowance for doubtful accounts): | | | |
| **(1)** Employer contributions | **1b(1)** | 2898 | 1576 |
| **(2)** Participant contributions | **1b(2)** | 4017 | 2914 |
| **(3)** Other | **1b(3)** | | |
| **c** General investments: | | | |
| **(1)** Interest-bearing cash (include money market accounts & certificates of deposit) | **1c(1)** | | |
| **(2)** U.S. Government securities | **1c(2)** | | |
| **(3)** Corporate debt instruments (other than employer securities): | | | |
| **(A)** Preferred | **1c(3)(A)** | | |
| **(B)** All other | **1c(3)(B)** | | |
| **(4)** Corporate stocks (other than employer securities): | | | |
| **(A)** Preferred | **1c(4)(A)** | | |
| **(B)** Common | **1c(4)(B)** | | |
| **(5)** Partnership/joint venture interests | **1c(5)** | | |
| **(6)** Real estate (other than employer real property) | **1c(6)** | | |
| **(7)** Loans (other than to participants) | **1c(7)** | | |
| **(8)** Participant loans | **1c(8)** | 242399 | 151977 |
| **(9)** Value of interest in common/collective trusts | **1c(9)** | | |
| **(10)** Value of interest in pooled separate accounts | **1c(10)** | | |
| **(11)** Value of interest in master trust investment accounts | **1c(11)** | | |
| **(12)** Value of interest in 103-12 investment entities | **1c(12)** | | |
| **(13)** Value of interest in registered investment companies (e.g., mutual funds) | **1c(13)** | 307501662 | 388889257 |
| **(14)** Value of funds held in insurance company general account (unallocated contracts) | **1c(14)** | 226309600 | 231633237 |
| **(15)** Other | **1c(15)** | | |

**AUTO-OWNERS INSURANCE COMPANY**
**RETIREMENT SAVINGS PLAN**
**NOTES TO FINANCIAL STATEMENTS**

## NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (continued)

### Subsequent Events

The Plan evaluates events and transactions that occur after year end for potential recognition or disclosure in the financial statements. These subsequent events have been considered through July 14, 2021, which is the date the financial statements were available to be issued.

## NOTE 3 - DEPOSIT ADMINISTRATION GROUP ANNUITY CONTRACT

The Plan has entered into a fully benefit-responsive investment contract with Auto-Owners Life Insurance Company (AOLIC), a wholly owned subsidiary of Auto-Owners Insurance Company. AOLIC maintains the contributions in a general account. The account is credited with earnings on the underlying investments and charged for Plan withdrawals and administrative expenses charged by the insurance company. The contract is included in the financial statements at contract value as reported to the Plan by AOLIC. AOLIC is contractually obligated to repay the principal and a specified interest rate that is guaranteed to the Plan.

Contract value is the relevant measurement attribute for that portion of the net assets available for benefits attributable to the investment contract. Contract value, as reported to the Plan by AOLIC, represents contributions made under the contract, plus earnings, less participant withdrawals and administrative expenses paid by the participant. Participants may ordinarily direct the withdrawal or transfer of all or a portion of their investment at contract value.

There are no reserves against contract value for credit risk of the contract issuer or otherwise. The deposit administration group annuity contract specifies that Auto-Owners Life Insurance Company will credit the funds invested under the contract with interest as determined by Auto-Owners Life Insurance Company, but not less than a 3% annual rate for 2020 and 2019. The contract has exceeded the minimum termination years and the Plan can terminate the contract without incurring discontinuance charges.

Certain events limit the ability of the Plan to transact at contract value with the issuer. Such events may include the following: (1) failure to maintain minimum amounts of assets or participation, (2) amendments to the Plan documents (including complete or partial plan termination or merger with another plan), (3) bankruptcy of the Plan sponsor or other plan sponsor events that cause a significant withdrawal from the Plan, or (4) the failure of the trust to qualify for exemption from federal income taxes or any required prohibited transaction exemption under the Employee Retirement Income Security Act of 1974. The plan administrator does not believe that the occurrence of any such value event, which would limit the Plan's ability to transact at contract value with participants, is probable.

The contract does not permit the insurance company to terminate the agreement prior to the scheduled maturity date.

The average yield earned on the contracts and credited to participant accounts was 3.15% from January 1, 2020 through December 31, 2020, and 3.15% from January 1, 2019 through December 31, 2019.